

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-12-00032-CR

_____

EX PARTE:   JACK H. MEYER

On Appeal from the 276th Judicial District Court
Marion County, Texas
Trial Court No. F14162

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

Jack H. Meyer, appellant, has filed a motion to dismiss his appeal, which has been provided to us through a supplemental record by the District Clerk of Marion County. The motion is signed by Meyer and by his counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2, we grant the motion. *See* TEX. R. APP. P. 42.2.

Accordingly, we dismiss the appeal.

Bailey C. Moseley
Justice

Date Submitted:     May 2, 2012
Date Decided:       May 3, 2012

Do Not Publish

2